SLF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR -6 AM 10: 07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**Alfredo Quintero-Cano**<br>**aka: Ricardo Ruiz-Cano**<br>Defendant. | ) | Magistrate Case No. 08 MJ 07 03<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about, **December 17, 2007,** within the Southern District of California, defendant, **Alfredo Quintero-Cano (aka: Ricardo Ruiz-Cano)**, an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States without the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Lisette Guzman, Deportation Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **6th** DAY OF **March, 2008.**

UNITED STATES MAGISTRATE JUDGE

CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE

8LF

**CONTINUATION OF COMPLAINT:**
**NAME: Quintero-Cano, Alfredo**

## PROBABLE CAUSE STATEMENT

On Monday, December 17, 2007, the defendant, identified as Alfredo Quintero-Cano (aka: Ricardo Ruiz-Cano), was arrested in San Diego, California, by the United States Border Patrol, for Illegal Entry into the United States. It was subsequently determined the defendant was on active State parole. The Border Patrol booked him into County jail for the parole violation and placed an immigration hold on Form I-247 pending the defendant's release. On Tuesday, March 5, 2008, at approximately 9:30 a.m., the defendant was referred to the custody of United States Immigration and Customs Enforcement (ICE) at San Diego, Ca. A Deportation Officer reviewed various sources of information and conducted official record checks in regards to the defendant. These checks confirmed the defendant to be a citizen of Mexico having been previously deported or removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was most recently ordered removed or deported from the United States by an Immigration Judge on October 8, 1996; and he was removed the same day to Mexico via the Nogales, Arizona, Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed the defendant's identity as Alfredo Quintero-Cano, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

All information indicates that the defendant is a citizen of Mexico; was ordered removed to Mexico; was removed to Mexico; and has no legal right to enter or remain in the United States.

Based upon the foregoing information, there is probable cause to believe that Alfredo Quintero-Cano has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.